8

## YORTY ET AL. v. JORDAN, SECRETARY OF STATE OF CALIFORNIA.

No. 250. Decided October 12, 1964.

*Roger Arnebergh, Bourke Jones* and *James A. Doherty* for appellants.

*Stanley Mosk,* Attorney General of California, *Charles E. Corker* and *Charles A. Barrett,* Assistant Attorneys General, and *Sanford N. Gruskin,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## E ᴺNNETT v. COUNTY OF DADE, FLORIDA.

No. 275, Misc. Decided October 12, 1964.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.